UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

    v.　　　　　　　　　　　　　　　　　　No. 07-fp-112

U.S. Attorney General

**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $56.00 is due no later than May 20, 2007. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the Federal Medical Center-Devens when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    This case has been assigned civil number **07-cv-112-SM**.

    **SO ORDERED.**

                                      _____
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: April 27, 2007

cc:    Steven A. Swan, pro se
       Bonnie S. Reed, Financial Administrator
       Federal Medical Center-Devens, Inmate Accounts