UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Steven A. Swan</u>

        v.                      Case No. 07-cv-112-SM

<u>U.S. Attorney General</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 21, 2007, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed, and his motion for the magistrate judge to act on complaint/petition is hereby denied as moot.

SO ORDERED.

September  26, 2007

_____
Steven J. McAuliffe
Chief Judge

cc:    Steven A. Swan, pro se